UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OMAR LABLANC, et al.,

       Plaintiffs,

                                                  Case No. 1:12-cv-62

v.

                                                  HON. JANET T. NEFF

C. BARRY & ASSOCIATES, LLC, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed September 24, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt 12) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: October 12, 2012                              /s/Janet T. Neff
                                                                    JANET T. NEFF
                                                                    UNITED STATES DISTRICT JUDGE